```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RAZHAM DEMAR BROADNAX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | 2:11-CR-0068-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE:  May 19, 2011 |
| RAZHAM DEMAR BROADNAX, ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through WILLIAM S. WONG, Assistant U.S. Attorney, defendant, RAZHAM DEMAR BROADNAX, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, April 7, 2011, be continued to Thursday, May 19, 2011, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.
///

1  Speedy trial time is to be excluded from the date of this order through
2  the date of the status conference set for May 19, 2011, pursuant to 18
3  U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code
4  T4).
5  DATED: April 6, 2011          Respectfully submitted,
6                                DANIEL J. BRODERICK
                                  Federal Defender
7
                                  /s/ Matthew M. Scoble
8                                 MATTHEW M. SCOBLE
                                  Assistant Federal Defender
9                                 Attorney for Defendant
                                  RAZHAM DEMAR BROADNAX
10
11
12 DATED: April 6, 2011           BENJAMIN B. WAGNER
                                  United States Attorney
13                                /s/ Matthew M. Scoble for
                                  WILLIAM S. WONG
14                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
15

18              **O R D E R**

19     **IT IS SO ORDERED.**  Time is excluded from today's date through and
20 including May 19, 2011, in the interests of justice pursuant to 18
21 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
22 T4.
23  Dated: April 6, 2011

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE