BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAZHAM DEMAR BROADNAX, <br><br> Defendant. | No. 2:11-cr-00068-MCE <br><br> STIPULATION AND ORDER TO RESET EVIDENTIARY HEARING |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Razham Demar Broadnax, through his counsel, Matthew Scoble, Assistant Federal Defender, stipulate and agree to the following revised evidentiary hearing date.  The evidentiary hearing on the defendant's motion to suppress evidence currently set for August 22, 2011, at 9:00 a.m., be changed to August 24, 2011, at 9:00 a.m.

Counsel for the government was scheduled to begin trial in the matter of United States v. Magallon-Lupin, C.R. S-10-523 KJM, on August 22, 2011.

1

1  Upon learning of the time conflict, counsel for the government
2  conferred with the defendant's counsel and reached an agreement
3  after consulting with the court's courtroom clerk to move the
4  evidentiary hearing date to Wednesday, August 24, 2011, at 9:00 a.m.
5  After being advised that the court could accommodate the parties'
6  request to move the evidentiary hearing date, the defendant's
7  counsel served two witnesses with subpoenas for the August 24, 2011
8  date.  Just recently, the <u>Magallon-Lupin</u> trial date of August 22,
9  2011 was changed as a result of the fact that Magallon-Lupin filed
10 an additional motion, thereby, resulting in the trial date of August
11 22, 2011 being vacated and moved into November.  However, since the
12 defense has served two of its witnesses to testify at the
13 evidentiary hearing on August 24, the parties agree that it would be
14 better to leave the evidentiary hearing on August 24, 2011.
15 Furthermore, the parties stipulate and request that the court find
16 that the ends of justice served by the granting of such a
17 continuance or extension outweigh the best interests of the public
18 and the defendant in a speedy trial.

19                                        Respectfully submitted,

20                                        BENJAMIN B. WAGNER
21                                        United States Attorney

22 DATED: August 9, 2011             By: /s/ William S. Wong
                                         WILLIAM S. WONG
23                                       Assistant U.S. Attorney

24 DATED: August 9, 2011             By: /s/ Matthew Scoble
                                         MATTHEW SCOBLE
25                                       Attorney for Defendant

26

27

28

**ORDER**

For the reasons set forth above, the revised evidentiary hearing is adopted and the evidentiary hearing is now continued to Wednesday, August 24, 2011, at 9:00 a.m.  Since the defendant has filed his motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C. § 3161(h)(1)(D), and Local Code T-4 from the filing of the motion to August 24, 2011, or whenever the Court rules on motion, whichever is later.  Furthermore, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE