BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
AUDREY B. HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00068 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | PRELIMINARY ORDER OF |
| v. | ) | FORFEITURE |
| | ) | |
| RAZHAM DEMAR BROADNAX, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the guilty verdict of defendant Razham Demar Broadnax to Counts One, Three, and Four of the Superseding Indictment, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Razham Demar Broadnax's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

     a. one Smith & Wesson, .38 caliber revolver, Model 60, serial number AAZ2347.

///

///

1      2.   The above-listed property is a firearm that was involved
2 or used in the knowing commission of a violation of 18 U.S.C. §
3 922(g)(1).
4      3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the
7 Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its
8 secure custody and control.
9      4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
10 U.S.C. § 853(n), and Local Rule 171, the United States shall
11 publish notice of the order of forfeiture.  Notice of this Order
12 and notice of the Attorney General's (or a designee's) intent to
13 dispose of the property in such manner as the Attorney General
14 may direct shall be posted for at least 30 consecutive days on
15 the official internet government forfeiture site
16 [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent
17 practicable, provide direct written notice to any person known to
18 have alleged an interest in the property that is the subject of
19 the order of forfeiture as a substitute for published notice as
20 to those persons so notified.
21           b.   This notice shall state that any person, other than
22 the defendant, asserting a legal interest in the above-listed
23 property, must file a petition with the Court within sixty (60)
24 days from the first day of publication of the Notice of
25 Forfeiture posted on the official government forfeiture site, or
26 within thirty (30) days from receipt of direct written notice,
27 whichever is earlier.
28 ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE