**Law Offices of RON PETERS**
**Ron Peters (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**RAZHAM BROADNAX**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.2:11-CR-00068 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| vs. | |
| RAZHAM BROADNAX, | |

**IT IS HEREBY STIPULATED** between the United States of America, through its attorney of record, William Wong, Assistant U.S. Attorney; and, the defendant, Razham Broadnax through his attorney, Ron Peters, that the sentencing scheduled for December 13, 2012 be continued to January 24, 2013 at 9:00 a.m.

The defense will require additional time to address issues regarding factors affecting guideline calculations and defendant's criminal history which will require investigation regarding prior convictions. Additionally the defendant's counsel will be out of the district on the date now set for sentencing.

Both parties stipulate that there is a reasonable basis for the continuance due to defense preparation.

///

///

**STIPULATION AND ORDER CONTINUING SENTENCING**

1 | DATE: October 18, 2012                    Respectfully submitted
2
3 |                              By:    /s/Ron Peters
  |                                     RON PETERS
4 |                                     Attorney for Defendant
  |                                     **RAZHAM BROADNAX**
5
6 | DATE: October 18, 2012       By:    /s/ William S. Wong
7 |                                     William S. Wong
  |                                     Assistant U.S. Attorney
8
9
10 |                              **ORDER**
11
12      The Court, having considered the stipulation of the parties, and good cause appearing
13 therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the
14 stipulation of the parties, the Court finds that the failure to grant a continuance in this case
15 would deny defense counsel reasonable time necessary for effective preparation, taking into
16 account the exercise of due diligence, and defendant continuity of counsel. The Court
17 specifically finds that the ends of justice served by the granting of such continuance outweigh
18 the interests of the public and that the time from the date of the stipulation, December 13,
19 2012, to and including January 24, 2013.
20      IT IS SO ORDERED.
21
   Dated: October 23, 2012
22
23                                            MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE
24
25
26
27
28