BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
AUDREY B. HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-68 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| | ) | |
| v. | ) | |
| | ) | |
| RAZHAM DEMAR BROADNAX, | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | Proposed Sentencing Date: March 14, 2013, at 9:00 a.m. |
| Defendants. | ) | |

Sentencing in this matter is currently set for January 24, 2013. The parties now agree to continue the hearing and reset dates as follows:

Date for informal objections to Proposed Presentence Report: February 4, 2013

Date for Presentence Report to be filed with the Court: February 19, 2013

Date for Motion for Correction of Presentence Report: February 26, 2013

Date for Reply or Statement of Non-Opposition: March 5, 2013

Judgment and Sentencing: March 14, 2013

1

The reason for this request is to allow government counsel more time to order transcripts and prepare a response to the Proposed Presentence Report. As well, the Probation Officer assigned to the matter is currently on leave, but will be able to resume his participation with the new schedule. Accordingly, the parties agree there is a reasonable basis for a continuance of sentencing.

                                    Respectfully Submitted,

DATED: January 7, 2013    By:/s/Audrey Hemesath
                             AUDREY HEMESATH

                             Audrey B. Hemesath
                             William S. Wong
                             Assistant U.S. Attorneys

                             By: /s/ Ronald Peters
DATED: January 7, 2013       RONALD PETERS
                             Attorney for the Defendant


   IT IS SO ORDERED.


 Dated: January 9, 2013

                             _____
                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                             UNITED STATES DISTRICT JUDGE