**Law Offices of RON PETERS**
**Ron Peters (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**RAZHAM BROADNAX**

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAZHAM BROADNAX, | Case No.2:11-CR-00068 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

**IT IS HEREBY STIPULATED** between the United States of America, through its attorney of record, William Wong, Assistant U.S. Attorney; and, the defendant, Razham Broadnax through his attorney, Ron Peters, that the sentencing scheduled for March 28, 2013 at 9:00 am be continued to April 11, 2013 at 9:00 a.m.

The defense will require additional time to address issues regarding factors affecting guideline calculations based upon the memorandum of sentencing that was filed by the government on March 22, 2013 and not received by the defendant until March 25, 2013.

Both parties stipulate that there is a reasonable basis for the continuance due to defense preparation.

///

///

1  DATE: March 26, 2013                    Respectfully submitted

2

3                                          By:    /s/Ron Peters
                                                  RON PETERS
4                                                 Attorney for Defendant
                                                  **RAZHAM BROADNAX**
5

6
   DATE: March 26, 2013                    By:    /s/ William S. Wong
7                                                 William S. Wong
                                                  Assistant U.S. Attorney
8

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, March 28, 2013, to and including April 11, 2013.

IT IS SO ORDERED.

Date:  March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE