Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com
Attorney for Petitioner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>RAZHAM BROADNAX,<br>          Defendant. | 2:11-cr-00068-MCE<br><br>ORDER |
|---|---|

Good cause having been shown, the Court finds the interests of justice require the expansion of appointed counsel Krista Hart's representation to include any and all potential issues that may be raised in a motion filed pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

Dated: October 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE