UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,

  v.

RAZHAM BROADNAX,

      Movant.

No.  2:11-cr-00068 MCE AC P

ORDER

Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  See ECF No. 148.  Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days after the filing date of this order.  See Rule 4, Rules Governing Section 2255 Proceedings.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  See Rule 5, Rules Governing Section 2255 Proceedings.

Movant's traverse, if any, is due within thirty days after the filing date of respondent's answer.

////

////

////

1

1    The Clerk of the Court shall serve a copy of this order, together with a copy of movant's

2    motion, on the United States Attorney or his authorized representative.

3        SO ORDERED.

4    DATED: July 10, 2017

5    _____
     ALLISON CLAIRE
6    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28