UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>RAZHAM DEMAR BROADNAX,<br><br>Movant. | No.  2:11-cr-00068 KJM AC P<br><br><br><br>ORDER |

Movant, a federal prisoner, has filed a pro se motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.  Movant is now represented by counsel.  *See* ECF No. 157.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 161.  Movant's counsel filed a notice of no objections and respondent has not filed any objections within the time provided.  *See* ECF No. 162.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

1

by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 8, 2023, are adopted in full;

2. The motion to vacate under 28 U.S.C. § 2255 (ECF No. 148) is DENIED;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court shall close the companion civil case of *Broadnax v. United States of America*, No. 2:17-cv-01018-KJM-AC.

DATED: January 29, 2024.

CHIEF UNITED STATES DISTRICT JUDGE